# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160034(82)(83)(84)(85)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

ROBIN RICK MANNING,
   Defendant-Appellant.
_____/

SC: 160034
COA: 345268
Saginaw CC: 84-000570-FC

   On order of the Chief Justice, the separate motions of Toronto Gardette, Corey L. Manning, and Kushawn Miles-El to file briefs amicus curiae and to waive fees are GRANTED. The amicus briefs submitted by those individuals are accepted for filing. On further order of the Chief Justice, the motion of Criminal Defense Attorneys of Michigan to extend the time for filing its brief amicus curiae is GRANTED. That amicus brief will be accepted as timely filed if submitted on or before July 16, 2020.





   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2020

Clerk